# Court of Appeals
# of the State of Georgia

ATLANTA,  June 14, 2018

*The Court of Appeals hereby passes the following order:*

**A18D0475.  MICHELLE SMITH v. WELLS FARGO et al.**

In this wrongful foreclosure action, the superior court issued an order dismissing the case on March 27, 2018.  The plaintiff filed a motion for reconsideration, which the superior court denied on May 15, 2018.  On May 23, 2018, the plaintiff filed this application for discretionary appeal.  We lack jurisdiction.

Pretermitting whether the superior court's dismissal order is directly appealable, the plaintiff's application is untimely, as it was filed more than 30 days after the order.[1]  See OCGA § 5-6-35 (d); *Boyle v. State*, 190 Ga. App. 734, 734 (380 SE2d 57) (1989).  Further, a motion for reconsideration neither extends the time for filing an appeal nor is appealable in its own right.  See *Bell v. Cohran*, 244 Ga. App. 510, 510-511 (536 SE2d 187) (2000); *Stone v. Dawkins*, 192 Ga. App. 126, 127 (384 SE2d 225) (1989).

---

[1] Under OCGA § 5-6-35 (j), we will grant a *timely* discretionary application when the applicant is seeking review of an order that is subject to direct appeal.  Here, the plaintiff claims a discretionary application is required under OCGA § 5-6-35 (a) because the superior court was reviewing the decision of a lower court by certiorari or de novo proceedings, but the application materials do not support this claim.

Accordingly, this application is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* __06/14/2018__
    *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
    *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ *, Clerk.*